**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 20, 2021

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 4/22/2021

The status conference scheduled for April 23, 2021 is hereby adjourned to June 11, 2020 at 10:00 a.m. The adjournment is necessary to permit defense counsel to review discovery material and allow the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 23, 2021 and June 11, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF**

The Honorable Judge Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:   United States v. Jared Harley Alba**
         **21 Cr. 150 (VSB)**

Honorable Judge Broderick:

    I write on behalf of Jared Harley Alba to request an adjournment of the status conference in the above-captioned matter, currently scheduled for April 23, 2021. The Government does not object to this request.

    Shortly after Mr. Alba's arraignment on the indictment, the Government provided the defense with Rule 16 discovery. Based on a review of that discovery, the defense requested additional outstanding discovery. Today, the Government provided defense counsel additional discovery. In light of the new discovery disclosure, the defense respectfully respects a 45-day adjournment of this matter, which will enable defense counsel and Mr. Alba to review and discuss the supplemental discovery.

    In addition, the Government requests, with the consent of the defense, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the defense time to continue reviewing discovery in this matter. See 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

Respectfully submitted,

*/s/*
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Ashley Nicolas, Assistant U.S. Attorney