**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2021

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**  /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 10/4/2021

Sentencing in this matter is hereby adjourned to December 7, 2021 at 10:00 a.m.

Re:   **United States v. Jared Alba**
      **21 Cr. 150 (VSB)**

Honorable Judge Broderick:

    I write to respectfully request a 45-day adjournment of Mr. Alba's sentencing and a corresponding extension of sentencing submission deadlines. The Government does not object to this request.

    Mr. Alba's sentencing is currently scheduled for October 22, 2021, with the defense's sentencing memorandum due October 8, 2021 and the Government submission due October 15, 2021. An adjournment is necessary to enable the defense to effectively represent Mr. Alba at sentencing.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Jared Alba*

cc:   AUSA Ashley Nicolas, Esq.