

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 12/2/2022

December 1, 2022

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Jared Harley Alba*, 21 Cr. 150 (VSB)

Dear Judge Broderick:

      The Government respectfully submits this letter to request a two-week extension to respond to defendant Jared Alba's *pro se* letter regarding his time in custody calculation (the "Letter"). (Dkt. 27.)

      On November 16, 2022, the Court ordered the Government to respond to the Letter no later than December 2, 2022. (Dkt. 28.) The next day, on November 17, 2022, the Government requested documentation from the Bureau of Prisons ("BOP") relating to the defendant's jail time calculation. The Government is currently in the process of receiving and reviewing that documentation. Accordingly, the Government requests an additional two weeks to file a response.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                        By:   [signature]
                                Ashley C. Nicolas
                                Assistant United States Attorney
                                (212) 637-2467

cc:    Marne Lenox, Esq. (by ECF)