UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                    :
UNITED STATES,                                      :
                                                    :
                                                    :
                                                    :
          - against -                               :          21-CR-150 (VSB)
                                                    :
JARED HARLEY ALBA,                                  :          **ORDER**
                              Defendant.            :
                                                    :
-------------------------------------------------------X


VERNON S. BRODERICK, United States District Judge:

  The conference currently set for May 8, 2026 at 2:00 p.m. is hereby rescheduled for May

1, 2026 at 1:00 p.m.

SO ORDERED.

Dated: March 27, 2026
   New York, New York

         Vernon S. Broderick
         United States District Judge