

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J.    06/23/2026

The status conference scheduled for June 29, 2026 is hereby adjourned to June 30, 2026 at 3:00 PM.

**BY ECF**
Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    *United States v. Jared Alba*, **21 Cr.  150 (VSB)**

Dear Judge Broderick:

  The Government respectfully submits this letter with the consent of defense counsel to request that the violation of supervised release proceeding scheduled in the above-captioned matter for June 29, 2026, be adjourned to July 30, 2026, at 3 p.m., in order to accommodate a scheduling conflict for Government counsel.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

     by: _____
       Ashley C. Nicolas
       Assistant United States Attorney
       (212) 637-2467